IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **JEZREEL LOPEZ CHACON** § § *Plaintiff*, § § vs. § § **PATRICK JASON HANKINSON,** § § *Defendant*. § | Case No. 3:24-cv-00285-DCG Judge David C. Guaderrama |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES JEZREEL LOPEZ CHACON (hereinafter referred to as "Plaintiff"), complaining of PATRICK JASON HANKINSON (hereinafter referred to as "Defendant"), and for a cause of action would respectfully show the Court as follows:

### I. PARTIES, JURISDICTION AND VENUE

1. Plaintiff JEZREEL LOPEZ CHACON is a resident of Texas.

2. Defendant PATRICK JASON HANKINSON is a nonresident of Texas and has answered through his attorney of record.

3. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332. The Court has personal jurisdiction over the parties, and venue is proper pursuant to 28 U.S.C § 1391(b)(1) because a substantial part of the acts and omissions that give rise to the claims in the Complaint occurred within the Western District of Texas.

### II. FACTS

4. The injuries and damages suffered by Plaintiffs' and made the basis of this action arose out of an occurrence on or about June 27, 2022 in El Paso County, Texas. At such time and

place, Plaintiff was traveling northbound on inside lane on 6400 block of Airport in EL Paso County, Texas. At the same time and place, Defendant was traveling south bond on the inside lane on 6400 block of Airport, when he failed to yield the right of way when turning left onto Hiller and collided with Plaintiff's vehicle. Said occurrence caused substantial physical injuries to Plaintiff.

### III. NEGLIGENCE OF DEFENDANT PATRICK JASON HANKINSON

5.  Defendant owed a reasonable degree of care to Plaintiff. Plaintiff alleges that the collision and Plaintiff's damages were proximately caused by the negligence of Defendant arising from one or more of the following alternative theories of negligence on the part of Defendant:

1. Failure to yield right of way. Transportation Code § 545.153.
2. Failure to control speed. Transportation Code § 5545.602(a).
3. Failure to use due care in operating a motor vehicle. Transportation Code § 545.351.
4. Failure to maintain a safe distance. Transportation Code § 545.602(a).
5. Failure to operate a motor vehicle at a speed which was reasonable and prudent under the conditions. § 545.351.
6. Failure to keep a proper lookout.
7. Failure to pay attention.
8. Failure to take proper evasive action.
9. Failure to safely apply brakes to avoid a collision.
10. Failure to turn to the left or right to avoid a collision.
11. Failure to honk and give adequate warning of the impending danger.
12. Failure to warn of the dangers.
13. Failure to use due care and caution under the circumstances then existing.
14. Other acts of negligence.

6.  Each of which acts, or omissions was other than what a reasonable and prudent person would have been doing under the same or similar circumstances. Each of which acts or omissions was a proximate cause of Plaintiff's damages.

### IV. PLAINTIFFS' DAMAGES

7.  As a result of the occurrence, Plaintiff suffered bodily injuries.

8. As a further result of the occurrence, Plaintiff has incurred medical expenses for medical care, attention and other expenses. These expenses incurred were necessary for the care and treatment of the injuries sustained by Plaintiff, and the charges made and to be made were the usual and customary charges for such services. Plaintiff will require further medical care and attention and will necessarily incur reasonable expenses in the future for such medical needs.

9. As a result of the occurrence, Plaintiff has suffered loss of earning capacity in the past and will continue to suffer loss of earning capacity in the future. Plaintiff was prevented from working and has a future loss of earning capacity.

10. Plaintiff was prevented from performing his household duties and will continue to be unable to perform their household duties in the future.

11. Plaintiff has suffered pain and suffering in the past. Plaintiff will continue to suffer pain and suffering in the future.

12. Plaintiff has suffered emotional distress in the past. Plaintiff will continue to suffer emotional distress in the future.

13. As a result of the occurrence, Plaintiffs have suffered impairment in the past and will continue to suffer impairment in the future.

14. Plaintiff has suffered disfigurement in the past and will continue to do so.

15. Plaintiff has suffered damage to the value and enjoyment of his life and will continue to do so.

16. As Defendant's acts or omissions proximately caused the above stated damages, Plaintiff is entitled to recovery of such damages from Defendant.

## V. Jury Demand

17. Plaintiff respectfully request a trial by jury of the issues in this case.

## VI. CONCLUSION AND PRAYER

**WHEREFORE PREMISES CONSIDERED**, Plaintiff prays that Defendant be cited to appear and answer, and that on final trial, Plaintiffs' have judgment against Defendant for all relief requested, for costs, pre-judgment and post judgment interest and for such other relief, general and special, at law or in equity, to which Plaintiffs are entitled.

Respectfully submitted,

**FLORES MENDEZ P.C.**

_____
**CONNIE J. FLORES**
State Bar No. 24067828
509 E Rio Grande Ave.
El Paso, Texas 79902
(915) 626-5036 – Telephone
(915) 626-5011 – Facsimile
cflores@floresmendez.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading was filed electronically through the OdysseyFile/Serve System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing on this this <u>2nd</u> day of <u>October</u>, 2024. Additionally, a true and correct copy of the foregoing was mailed to:

**RINCON LAW GROUP, P.C.**
CARLOS RINCON
State Bar No. 16932700
AMADO N. MONTOYA
State Bar No. 24121739
1014 N Mesa St., Ste. 200
El Paso, Texas 79902
(915) 532-6800 (Telephone)
(915) 532-6808 (Facsimile)
CRincon@rinconlawgroup.com
AMontoya@rinconlawgroup.com
*Attorneys for Patrick Jason Hankinson*

                                                        */s/ Connie J. Flores*
                                                        **CONNIE J. FLORES**